UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21796-BLOOM/Otazo-Reyes

DOMINICANA RENOVABLES, S.L.,

    Petitioner,

v.

THE DOMINICAN REPUBLIC,

    Respondent.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Dominicana Renovables, S.L.'s ("Petitioner") Petition to Confirm in Part and Set Aside in Part Arbitral Award, ECF No. [1] ("Petition"), and The Dominican Republic's ("Respondent") Cross-Motion to Confirm Arbitration Award in its Entirety, ECF No. [24] ("Cross-Motion"). The Petition and Cross-Motion were previously referred to the Honorable Magistrate Judge Alicia M. Otazo-Reyes for a Report and Recommendations ("R&R"). *See* ECF No. [30]. On February 12, 2022, Judge Otazo-Reyes issued a R&R recommending that the Petition be denied, the Cross-Motion be granted, and the Court confirm the Arbitration Award in its entirety. ECF No. [46]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. at 11. To date, neither party has filed objections, nor have they sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of Judge Otazo-Reyes's R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in Judge Otazo-

Case No. 21-cv-21796-BLOOM/Otazo-Reyes

Reyes's R&R and concludes that the Petition should be denied, the Cross-Motion should be granted, and the Arbitration Award should be confirmed in its entirety for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [46]**, is **ADOPTED**.

2. The Petition, **ECF No. [1]**, is **DENIED**.

3. The Cross-Motion, **ECF No. [24]**, is **GRANTED**.

4. The Arbitration Award, **ECF No. [16-1]**, is **CONFIRMED** in its entirety.

5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 1, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record